IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO RENE CAL-CAL,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  CRIMINAL NO. EP-25-MJ-04025-MAT<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### UNITED STATES' MOTION TO DISMISS COUNT TWO AND COUNT THREE OF THE MISDEMEANOR INFORMATION

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss Count Two and Count Three of the Misdemeanor Information, without prejudice, against Defendant **EDUARDO RENE CAL-CAL**.

DATED: August 29, 2025

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Juan Albino*
JUAN ALBINO
Assistant U.S. Attorney
Puerto Rico Bar # 16090
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3460

## **CERTIFICATE OF SERVICE**

I hereby certify that on the August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

James Todd Dunham,
Attorney for Defendant

                                        */s/ Juan Albino*
                                        Juan Albino
                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| Plaintiff, | § § |
| v. | § CRIMINAL NO. EP-25-MJ-04025-MAT § § |
| EDUARDO RENE CAL-CAL, | § § § |
| Defendant. | § § |

## ORDER GRANTING MOTION TO DISMISS COUNT TWO AND COUNT THREE OF THE MISDEMEANOR INFORMATION

On this date came to be considered United States' Motion to Dismiss Count Two and Count Three of the Misdemeanor Information in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Count Two and Count Three of the Misdemeanor Information filed on July 21, 2025, regarding Defendant, **EDUARDO RENE CAL-CAL,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE